GAINEY v GRAND BLANC TOWNSHIP. (Docket No. 56,218.) On order of the Court, the application for leave to appeal by defendants-appellants is considered and, it appearing to this Court that the case of *Nickola v Grand Blanc Township* (Docket No. 55,088) is presently pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *Nickola v Grand Blanc Township. William R. McTaggart,* for plaintiffs-appellees. *Lyndon J. Lattie,* for defendants-

appellants. Case below, Court of Appeals No. 16,425, per curiam opinion of July 29, 1974.